# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148010 & (30)

VIRGINIA CHAMBERLAIN and
LEEZARD INVESTMENTS, LLC,
　　　　Plaintiffs-Appellees,

v

BILL MESSER, MESSER ORTHOPEDICS-
ROCKFORD, LLC, MESSER ORTHOPEDICS-
PLAINFIELD, LLC, and RESSEM, LLC, d/b/a
MESSER MOBILITY DETROIT,
　　　　Defendants,
and

FREDDY E. SACKLLAH,
　　　　Appellant.
_____/

SC: 148010
COA: 311090
Kent CC: 09-007287-CK

　　　　On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2013



Clerk